UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: <br> BRANDY MICHELLE JOHNSON A/K/A <br> BRANDY M. HENSLEY AND KEVIN <br> WADE JOHNSON <br>     Debtors | BCN#: 12-62735-RBC <br> Chapter: 13 |
| NATIONSTAR MORTGAGE LLC <br> or present noteholder, <br>     Movant/Secured Creditor, <br> v. <br> BRANDY MICHELLE JOHNSON A/K/A <br> BRANDY M. HENSLEY AND KEVIN WADE <br> JOHNSON <br>     Debtors <br> and <br> HERBERT L BESKIN(82) <br>     Trustee <br>     Respondents | MOTION FOR ORDER GRANTING <br> RELIEF FROM AUTOMATIC STAY |

NATIONSTAR MORTGAGE LLC, and/or present noteholder, (Movant herein), alleges as follows:

1. The Bankruptcy Court has jurisdiction over this contested matter pursuant to 28 U.S.C. §157 and §1334; 11 U.S.C. §362.

2. The above named Debtors filed a Chapter 13 Petition in Bankruptcy with this Court on December 4, 2012.

3. Herbert L Beskin(82), Trustee, has been appointed by this Court as the Chapter 13 Trustee in this instant Bankruptcy proceeding.

Lindsey C. Kelly, Esquire
VSB #71314
James R. Meizanis, Esquire
VSB #80692
Gregory N. Britto, Esquire
VSB #23476
Daniel Eisenhauer, Esquire
VSB #85242
R.A. Hurley, Esquire
VSB #78616
William M. Savage, Esquire
VSB #06335
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(757) 687-8777  15-251231

4. Movant is the current payee of a promissory note secured by a deed of trust upon a parcel of real property with the address of 12281 Spotswood Trail, Ruckersville, VA 22968 and more particularly described in the Deed of Trust dated August 1, 2011 and recorded as Deed Book/Instrument Number BOOK 1321 PAGE 28-43, RECORDED ON 08/01/2011, among the land records of the said city/county, as:

> All that certain lot or parcel of land lying and being in the Ruckersville Magisterial District of Greene County, Virginia, containing 43,642 square feet, fronting on the U.S. Route 33 and designated as Lot 15 of Quinque Woods Subdivision as shown on a plat of survey by R.O. Snow, CLS, dated December 22, 1983 and recorded in the Clerk's Office of the Circuit Court of the County of Greene, Virginia on Plat Card; BEING the same property conveyed to Kevin Johnson by deed recorded immediately prior hereto.

5. Movant is informed and believes and, based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtors.

6. The Debtors are in default with regard to payments which have become due under the terms of the aforementioned note and deed of trust since the filing of the Chapter 13 Petition. As of December 15, 2016 the Debtors are due for:

- o  3 post petition monthly payments from October 2016 to December 2016 of $607.92 each which were to be paid directly to Movant;
- o  Bankruptcy Fees of                          $850.00
- o  Bankruptcy Costs of                         $181.00
- o  Total of                                    $2,854.76

7. As of December 15, 2016 the unpaid principal balance on the said note is $87,834.19.

8. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

9. Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Trust Deed, but is prevented by the Automatic Stay from going forward with these proceedings.

10. Continuation of the automatic stay of 11 U.S.C. § 362(a) will work real and irreparable harm and deprive the Movant of the adequate protection to which it is entitled under 11 U.S.C. § 362 due to the aforementioned facts.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay, that the 14 day waiting period imposed by F.R.B.P. 4001(a)(3) be waived in this instant bankruptcy proceeding only, and for such other relief as the court may deem meet and proper.

Dated: January 11, 2017

    Shapiro & Brown, LLP
    Attorneys for Movant

By: /s/ R.A. Hurley
    Lindsey C. Kelly, Esquire
    VSB #71314
    James R. Meizanis, Esquire
    VSB #80692
    Gregory N. Britto, Esquire
    VSB #23476
    Daniel Eisenhauer, Esquire
    VSB #85242
    R.A. Hurley, Esquire
    VSB #78616
    William M. Savage, Esquire
    VSB #06335
    Shapiro & Brown, LLP
    501 Independence Parkway, Suite 203
    Chesapeake, Virginia 23320
    (757) 687-8777    15-251231

Certificate of Service

I certify that I have this 11th day of January, 2017, electronically transmitted and/or mailed by first class mail, postage pre-paid, true copies of the Motion For Relief From Stay to the following:

Marshall Moore Slayton
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA 22902-4738

Herbert L Beskin(82)
PO Box 2103
Charlottesville, VA 22902

Kevin Wade Johnson and Brandy Michelle Johnson
12281 Spotswood Trail
Ruckersville, VA 22968

Brandy Michelle Johnson
12281 Spotswood Trail
Ruckersville, VA 22968

/s/ R.A. Hurley
Lindsey C. Kelly, Esquire
VSB #71314
James R. Meizanis, Esquire
VSB #80692
Gregory N. Britto, Esquire
VSB #23476
Daniel Eisenhauer, Esquire
VSB #85242
R.A. Hurley, Esquire
VSB #78616
William M. Savage, Esquire
VSB #06335

15-25123

Lindsey C. Kelly, Esquire
VSB #71314
James R. Meizanis, Esquire
VSB #80692
Gregory N. Britto, Esquire
VSB #23476
Daniel Eisenhauer, Esquire
VSB #85242
R.A. Hurley, Esquire
VSB #78616
William M. Savage, Esquire
VSB #06335
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(757) 687-8777  15-251231

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:<br>BRANDY MICHELLE JOHNSON A/K/A<br>BRANDY M. HENSLEY AND KEVIN<br>WADE JOHNSON<br>    Debtors | BCN#: 12-62735-RBC<br>Chapter: 13 |

NATIONSTAR MORTGAGE LLC
or present noteholder,
    Movant/Secured Creditor,
v.
BRANDY MICHELLE JOHNSON A/K/A
BRANDY M. HENSLEY AND KEVIN WADE
JOHNSON
    Debtors
and
HERBERT L BESKIN(82)
    Trustee
    Respondents

NOTICE IS HEREBY GIVEN THAT:

A hearing upon the captioned motion will be held at **9:30 AM, on February 9, 2017**, at the following location:

United States Bankruptcy Court
255 West Main Street
Charlottesville, VA 22902

I certify that I have this 11th day of January, 2017, electronically transmitted and/or mailed by first class mail, postage pre-paid, a true copy of the foregoing Notice to the following:

Marshall Moore Slayton
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA 22902-4738

Herbert L Beskin(82)
PO Box 2103
Charlottesville, VA 22902

Kevin Wade Johnson and Brandy Michelle Johnson
12281 Spotswood Trail
Ruckersville, VA 22968

Brandy Michelle Johnson
12281 Spotswood Trail
Ruckersville, VA 22968

          /s/ R.A. Hurley
          Lindsey C. Kelly, Esquire
          VSB #71314
          James R. Meizanis, Esquire
          VSB #80692
          Gregory N. Britto, Esquire
          VSB #23476
          Daniel Eisenhauer, Esquire
          VSB #85242
          R.A. Hurley, Esquire
          VSB #78616
          William M. Savage, Esquire
          VSB #06335